IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLD KENT MORTGAGE COMPANY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L 01CV0056 |
| APPROVED FEDERAL SAVINGS BANK, et al. | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATION FOR EXTENSION OF TIME

Old Kent Mortgage Company, Plaintiff, by WEINER, BRODSKY, SIDMAN, KIDER and MITCHEL H. KIDER and DAVID M. SOUDERS, its attorneys and David A. Katz Appraisals, Inc., one of the Defendants, by ALLEN, JOHNSON, ALEXANDER & KARP and KEVIN KARPINSKI, his attorneys, hereby stipulate to an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint until and including February 23, 2001.

WEINER, BRODSKY, SIDMAN, KIDER          ALLEN, JOHNSON, ALEXANDER & KARP

By: _____              By: _____
MITCHEL H. KIDER                         KEVIN KARPINSKI
1300 19th Street, N.W.                   100 E. Pratt Street
Suite 500                                Suite 1540
Washington, DC 20036                     Baltimore, Maryland 21202
(202)628-2000                            (410) 727-5000
Attorneys for Plaintiff                  Attorneys for Defendant Katz

SO ORDERED, this _____ day of _____, 2001.

_____
United States District Judge