IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLD KENT MORTGAGE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO: L01 CV0056 |
| APPROVED FEDERAL SAVINGS BANK, et al. | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * *

### STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT

Old Kent Mortgage Company, Plaintiff, by its undersigned counsel, and Approved Federal Savings Bank, by its undersigned counsel, hereby stipulate and agree that the time for the filing of an Answer to the Complaint by Approved Federal Savings Bank is hereby extended to March 14, 2001.

_____
Mitchell H. Kider, Esquire
David M. Souders, Esquire
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. Suite 500
Washington, D.C. 20036
(202) 628-2000
*Attorneys for Plaintiff Old Kent Mortgage Company*

_____
John S. Vander Woude
Kurt C. Schultheis
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
(410) 752-7474
*Attorneys for Approved Federal Savings Bank*

APPROVED: _____   DATE: 2/27/01
United States District Court Judge

J:\AT173\newcase\okmEXT2.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2001, a copy of the foregoing Stipulation of Extension of Time to Answer Complaint was mailed first class, postage prepaid, to:

Mitchell H. Kider, Esquire
David M. Souders, Esquire
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiff Old Kent Mortgage Company*

Universal Lending Group, II
10220 South Dolfield Road, Suite 202
Owings Mills, Maryland 21117

Belcamp Investments, LLC
42 West Biddle Street
Baltimore, Maryland 21201

Camden Services, Inc.
3 West Main Street
Fawn Grove, Pennsylvania 17321

First Financial Title Agency of Virginia, Inc.
3251 Old Lee Highway
Fairfax, Virginia 22030

Stewart Title Guaranty Company
1980 Post Oak Boulevard, Suite 800
Houston, Texas 77056

Greenspring Title Company, Inc.
1414 Reisterstown Road, Suite 200
Baltimore, Maryland 21208

Sovereign Title, LLC
304 West Pennsylvania Avenue, Second Floor
Towson, Maryland 21204

Central Maryland Appraisers, Inc.
3759 Chateau Ridge Court
Ellicott City, Maryland 21042

Joann C. DiMartino
c/o Central Maryland Appraisers, Inc.
3759 Chateau Ridge Court
Ellicott City, Maryland 21042

Tidewater Realty Advisors, Inc.
3224 Caves Road
Owings Mills, Maryland 21117

David A. Katz Appraisals, Inc.
3102 Tyndale Avenue
Baltimore, Maryland 21214

Golden Gate Appraisal Services, Inc.
9320 Annapolis Road, Suite 300
Lanham, Maryland 20706

_____
John S. Vander Woude