IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

---

OLD KENT MORTGAGE CO.

    Plaintiff,

v.

APPROVED FEDERAL SAVINGS BANK, et al.

    Defendants.

:
: Case No. L01CV0056
:
:
:   ____FILED  ____ENTERED
:   ____LODGED ____RECEIVED
:
:   MAR 1 2001
:
:   AT BALTIMORE
:   CLERK U.S. DISTRICT COURT
:   DISTRICT OF MARYLAND
:                        DEPUTY

---

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, it is this _1st_ day of _March_, 2001, by this Court,

ORDERED, that said Motion be and hereby is GRANTED, and it is further, ORDERED that Defendant First Financial Title Agency of Virginia, Inc. is granted an enlargement of time to answer, move or otherwise respond to the Complaint through March 22, 2001.

_____
Judge

62030.1