IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPROVED FEDERAL SAVINGS BANK, )<br>et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. L01-CV-0056 |

**STIPULATION OF EXTENSION OF TIME TO FILE OPPOSITION TO
STEWART TITLE GUARANTY COMPANY'S MOTION TO COMPEL ARBITRATION**

Defendant Stewart Title Guaranty Company and Plaintiff Old Kent Mortgage Company hereby stipulate and agree that the time for Old Kent Mortgage Company to file opposition to Stewart Title Guaranty Company's Motion To Compel Arbitration is hereby extended until March 12, 2001.

_____
Mitchel H. Kider, Esq.
David M. Souders, Esq.
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington D.C. 20036
(202) 628-2000

Attorneys For Plaintiff
Old Kent Mortgage Company

APPROVED: _____
United States District Court Judge

F:\97029\002\llsg966brf.doc

Facsimile Signature - See Attached
Steven F. Barley, Esq.
Ari S. Casper, Esq.
HOGAN & HARTSON LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700

Attorneys For Defendant
Stewart Title Guaranty Company

Dated: 3/6/01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

OLD KENT MORTGAGE COMPANY, )
)
Plaintiff, )
)
vs. ) Civil Action No. L01-CV-0056
)
APPROVED FEDERAL SAVINGS BANK, )
et al., )
)
Defendants. )

**STIPULATION OF EXTENSION OF TIME TO FILE OPPOSITION TO STEWART TITLE GUARANTY COMPANY'S MOTION TO COMPEL ARBITRATION**

Defendant Stewart Title Guaranty Company and Plaintiff Old Kent Mortgage Company hereby stipulate and agree that the time for Old Kent Mortgage Company to file opposition to Stewart Title Guaranty Company's Motion To Compel Arbitration is hereby extended until March 12, 2001.

Mitchel H. Kider, Esq.
David M. Souders, Esq.
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington D.C. 20036
(202) 628-2000

Attorneys For Plaintiff
Old Kent Mortgage Company

Steven F. Barley, Esq.
Ari S. Casper, Esq.
HOGAN & HARTSON LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700

Attorneys For Defendant
Stewart Title Guaranty Company

APPROVED:_____
        United States District Court Judge

Dated:_____

r:\97\0294\0021\lsg966brf.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 1st day of March 2001, served a copy of Old Kent Mortgage Company's Stipulation of Extension of Time to File Opposition to Stewart Title Guaranty Company's Motion to Compel Arbitration and the Certificate of Service upon the following attorneys of record by causing a copy of the same to be sent by United States Mail, postage prepaid, to:

Jeffery J. Plum, Esq.
Jeffery J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014
Counsel for Camden Services, Inc.

Christopher Trikeriotis, Esq.
14915 Dunstan Lake
Monkton, Maryland 21111
Counsel for Golden Gate Appraisal Services, Inc.

Kevin Karpinski, Esq.
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Suite 1540
Baltimore, Maryland 21202
Counsel for David A. Katz Appraisals

Paul F. Newhouse, Esq.
409 Washington Avenue
Suite 420
Towson, Maryland 21204
Counsel for Sovereign Title Company of Maryland, LLC

Gary R. Jones, Esq.
Thomas F. Corcoran, Esq.
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643
Counsel for Tidewater Realty Advisors, Inc.

Robert L. Ferguson, Jr., Esq.
Michael N. Russo, Jr., Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
Counsel for Terrapin Title, LLC

Kevin M. Murphy, Esq.
Carr Goodson P.C.
1667 K Street, NW
Suite 1100
Washington, DC 20006
Counsel for Greenspring Title Company, Inc.

Timothy G. Casey, Esq.
William D. Burk, Esq.
Law Offices
451 Hungerford Drive
Suite 500
Rockville, Maryland 20850
Counsel for Central Maryland Appraisers, Inc. and JoAnn DiMartino

Howard Avrum Miliman, Esq.
D'Alesandro, Miliman, & Brown, P.A.
110 East Lexington Street
Suite 320
Baltimore, Maryland 21202
Counsel for BelCamp Investments, LLC

Steven F. Barley, Esq.
Ari S. Casper, Esq.
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202
Counsel for Stewart Title Guaranty Company

Laura N. Steel, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
Counsel for First Financial Title Agency of Virginia, Inc.

_____
David M. Souders