IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLD KENT MORTGAGE COMPANY :

           Plaintiff :

        v. : Civil #L-01-56

APPROVED FEDERAL SAVINGS BANK :
et al.

             :

          Defendants

::::::::::::

## O R D E R

Because most defendants have answered, I have issued a Scheduling Order that, rather arbitrarily, allots 30 deposition hours per side. Discovery is to begin immediately.

Stewart Title has filed a motion to compel arbitration. Old Kent has opposed the motion. I will decide the motion in due course, but – because of the press of other business – not before June.

On or before May 1, 2001, any party that wishes to support or oppose the motion to arbitrate, shall advise me of their position. Mr. Kider shall contact opposing counsel and advise me by April 26, 2001, whether (i) the parties are content with the current Scheduling Order, or (ii) counsel request in an in-court scheduling conference.

Dated:   March 20TH , 2001

                                    Benson Everett Legg
                                    United States District Judge