IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> APPROVED FEDERAL SAVINGS BANK, ) <br> et al.. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. L01-CV-0056 |

### STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT FIRST FINANCIAL TITLE AGENCY OF VIRGINIA, INC'S MOTION TO DISMISS

Plaintiff Old Kent Mortgage Company and defendant First Financial Title Agency of Virginia, Inc. ("First Financial"), hereby stipulate and agree that the time for Old Kent Mortgage Company to file its opposition to First Financial's Motion To Dismiss Counts III, V, VI and VII of Plaintiff's Complaint is hereby extended until April 20, 2001.

_____          _____ /with permission
Mitchel H. Kider, Esq. (No. 25343)          Laura N. Steel, Esq. (No. 23660)
David M. Souders, Esq.                      Wilson, Elser, Moskowitz, Edelman
WEINER BRODSKY SIDMAN KIDER PC                  & Dicker LLP
1300 19th Street, NW, Fifth Floor            1341 G Street, NW, Suite 500
Washington D.C. 20036                        Washington, DC 20005
(202) 628-2000                               (202) 626-7660

Attorneys For Plaintiff Old Kent Mortgage          Attorneys For First Financial Title
Company                                            Agency of Virginia, Inc.


APPROVED: _____          Dated: 4/6/01
                United States District Court Judge



## CERTIFICATE OF SERVICE

I hereby certify that I have, this 5th day of April 2001, served a copy of the foregoing Stipulation for an Extension of Time for Old Kent to File its Opposition to First Financial Title Agency of Virginia, Inc.'s Motion to Dismiss upon the following attorneys of record by causing a copy of the same to be sent by United States Mail, postage prepaid, to:

John S. Vander Woude, Esq.
Kurt C. Schultheis, Esq.
Eccleston and Wolf
729 East Pratt Street
Suite on 7th Floor-Scarlett Place
Baltimore, Maryland 21202
Counsel for Approved Federal Savings Bank

Robert L. Ferguson, Jr., Esq.
Michael N. Russo, Jr., Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
Counsel for Terrapin Title, LLC

Jeffery J. Plum, Esq.
Jeffery J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014
Counsel for Camden Services, Inc.

Kevin M. Murphy, Esq.
Carr Goodson P.C.
1667 K Street, NW
Suite 1100
Washington, DC 20006
Counsel for Greenspring Title Company, Inc.

Irwin Weiss, Esq.
920 Providence Road
Baltimore, MD 21286
Counsel for Golden Gate Appraisal
    Services, Inc.

Timothy G. Casey, Esq.
William D. Burk, Esq.
Law Offices
451 Hungerford Drive
Suite 500
Rockville, Maryland 20850
Counsel for Central Maryland Appraisers, Inc.
    and JoAnn DiMartino

Kevin Karpinski, Esq.
Allen, Johnson, Alexander & Karp
100 East Pratt Street
Suite 1540
Baltimore, Maryland 21202
Counsel for David A. Katz Appraisals

Howard Avrum Miliman, Esq.
D'Alesandro, Miliman, & Brown, P.A.
110 East Lexington Street
Suite 320
Baltimore, Maryland 21202
Counsel for BelCamp Investments, LLC

Paul F. Newhouse, Esq.
409 Washington Avenue
Suite 420
Mercantile Towson Bldg.
Towson, Maryland 21204
Counsel for Sovereign Title Company
 of Maryland, LLC

Gary R. Jones, Esq.
Thomas F. Corcoran, Esq.
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202-1643
Counsel for Tidewater Realty Advisors, Inc.

Steven F. Barley, Esq.
Ari S. Casper, Esq.
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202
Counsel for Stewart Title Guaranty Company

Laura N. Steel, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
Counsel for First Financial Title Agency
 of Virginia, Inc.

_____
David M. Souders

F:\97029\002\Certificate of Service.doc