IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLD KENT MORTGAGE COMPANY,         *
                                   *
            Plaintiff(s)            *       Civil Action No. L01-CV-0056
     vs.                           *
                                   *
APPROVED FEDERAL SAVINGS BANK,     *
                                   *
            Defendant(s)            *

***********************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Mitchel H. Kider__ Esquire a member of the Bar of this court, moves the admission of __David M. Souders__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Old Kent Mortgage Company__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Missouri and District of Columbia__

and/or the following United States Court(s): ____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: ____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/1/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Mitchel H. Kider                              PROPOSED ADMITTEE: David M. Souders

_____                        _____
Signature                                              Signature

1300 19th Street, N.W., 5th Floor                      1300 19th Street, N.W., 5th Floor
Address                                                Address

Washington, DC  20036                                  Washington, DC  20036

(202) 628-2000                                         (202) 628-2000
Office phone number                                    Office phone number

(202) 628-2011                                         (202) 628-2011
Fax number                                             Fax number

441491
Md. U. S. District Court Number

### ORDER

Motion __X__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____4/06/01_____                                      _____
Dated                                                  Judge, U. S. District Court

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this 27th day of March 2001, served a copy of the foregoing Motion for Admission Pro Hac Vice for David M. Souders upon the following attorneys of record by causing a copy of the same to be sent by United States Mail, postage prepaid, to:

John S. Vander Woude, Esq.
Kurt C. Schultheis, Esq.
Eccleston and Wolf
729 East Pratt Street
Suite on 7th Floor-Scarlett Place
Baltimore, Maryland 21202
Counsel for Approved Federal Savings Bank

Robert L. Ferguson, Jr., Esq.
Michael N. Russo, Jr., Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
Counsel for Terrapin Title, LLC

Jeffery J. Plum, Esq.
Jeffery J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014
Counsel for Camden Services, Inc.

Kevin M. Murphy, Esq.
Carr Goodson P.C.
1667 K Street, NW
Suite 1100
Washington, DC 20006
Counsel for Greenspring Title Company, Inc.

Christopher Trikeriotis, Esq.
14915 Dunstan Lake
Monkton, Maryland 21111
Counsel for Golden Gate Appraisal
  Services, Inc.

Timothy G. Casey, Esq.
William D. Burk, Esq.
Law Offices
451 Hungerford Drive
Suite 500
Rockville, Maryland 20850
Counsel for Central Maryland Appraisers, Inc.
  and JoAnn DiMartino

Kevin Karpinski, Esq.
Allen, Johnson, Alexander & Karp
100 East Pratt Street
Suite 1540
Baltimore, Maryland 21202
Counsel for David A. Katz Appraisals

Howard Avrum Miliman, Esq.
D'Alesandro, Miliman, & Brown, P.A.
110 East Lexington Street
Suite 320
Baltimore, Maryland 21202
Counsel for BelCamp Investments, LLC

Paul F. Newhouse, Esq.
409 Washington Avenue
Suite 420
Mercantile Towson Bldg.
Towson, Maryland 21204
Counsel for Sovereign Title Company
  of Maryland, LLC

Steven F. Barley, Esq.
Ari S. Casper, Esq.
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202
Counsel for Stewart Title Guaranty Company

Gary R. Jones, Esq.
Thomas F. Corcoran, Esq.
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202-1643
Counsel for Tidewater Realty Advisors, Inc.

Laura N. Steel, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
Counsel for First Financial Title Agency
 of Virginia, Inc.

_____
Mitchel H. Kider

F:\97029\002\Certificate of Service.doc