IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROVED FEDERAL SAVINGS BANK, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No: L 01 CV 0056 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, John S. Vander Woude, Esquire, a member of the Bar of this Court, moves the admission of Ronald M. Gates, Esquire to appear pro hac vice in the captioned proceedings as counsel for Approved Federal Savings Bank.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the State of Virginia, and the following United States District Court(s): Eastern District of Virginia.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted to this Court zero times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.  Co-counsel for the proposed admittee in this proceeding will be the undersigned.

6.  It is understood that admission **pro hac vice** does not constitute formal admission to the Bar of this Court.

Respectfully submitted,

| MOVANT: John S. Vander Woude | PROPOSED ADMITTEE: Ronald M. Gates |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| ECCLESTON & WOLF, P.C. | PAYNE, GATES, FARTHING & RADD, P.C. |
| 7th Floor, Scarlett Place | 999 Waterside Drive, Suite 1515 |
| 729 East Pratt Street | Norfolk, Virginia 23510 |
| Baltimore, Maryland 21202 | (757) 640-1500 |
| (410) 752-7474 | (757) 627-6583 (Facsimile) |
| (410) 752-0611 (Facsimile) | |
| MD U.S. District Court No: 04882 | |

## ORDER

Motion _✓_ GRANTED

Motion _✗_ GRANTED (subject to payment of $50.00 filing fee to Clerk of Court)

Motion _____ DENIED

4/23/01                                              *[signature]*
Dated                                                Judge, U.S. District Court