IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLD KENT MORTGAGE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: L 01 CV 0056 |
| | ) | |
| v. | ) | |
| | ) | |
| APPROVED FEDERAL SAVINGS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED
LODGED ————— ENTERED
————— RECEIVED

APR 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, John S. Vander Woude, Esquire, a member of the Bar of this Court, moves the admission of Glen M. Robertson, Esquire to appear pro hac vice in the captioned proceedings as counsel for Approved Federal Savings Bank.

Movant and the proposed admittee respectfully certify as follows:

1.    The proposed admittee is a member in good standing of the Bar of the State of Virginia, and the following United States District Court(s):  Eastern and Western District of Virginia.

2.    During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted to this Court zero times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4.    The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.    Co-counsel for the proposed admittee in this proceeding will be the undersigned.

6.    It is understood that admission **pro hac vice** does not constitute formal admission to the Bar of this Court.

Respectfully submitted,

MOVANT: John S. Vander Woude                PROPOSED ADMITTEE: Glen M. Robertson

_____            _____
Signature                                   Signature

ECCLESTON & WOLF, P.C.                      PAYNE, GATES, FARTHING & RADD, P.C.
7th Floor, Scarlett Place                   999 Waterside Drive, Suite 1515
729 East Pratt Street                       Norfolk, Virginia 23510
Baltimore, Maryland 21202                   (757) 640-1500
(410) 752-7474                              (757) 627-6583  (Facsimile)
(410) 752-0611 (Facsimile)
MD U.S. District Court No: 04882

ORDER

Motion _____ GRANTED

Motion _____X_____ GRANTED (subject to payment of $50.00 filing fee to Clerk of Court)

Motion _____ DENIED

_____4/23/01_____               _____
Dated                                       Judge, U.S. District Court

2