IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROVED FEDERAL SAVINGS BANK, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No.: L-01-56 |

### [DEFENDANTS' PROPOSED]
### AMENDED SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9.  **The schedule will not be changed except for good cause.**

### DEADLINES

| | |
|---|---|
| Moving for Joinder of Additional Parties and Amendment of Pleadings | February 28, 2002 |
| Plaintiff's Rule 26(a)(2) Disclosures re Experts | March 15, 2002 |
| Defendants' Rule 26(a)(2) Disclosures re Experts | April 12, 2002 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures re Experts | April 29, 2002 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | May 3, 2002 |
| **Discovery Deadline:**<br>**Submission of Status Report** | May 31, 2002 |
| Requests for Admission | June 7, 2002 |
| **Dispositive Pretrial Motions Deadline** | June 28, 2002 |



Dated: *April 27, 2001*, 2001

                                              _/s/ Benson Legg_
                                              Benson Everett Legg
                                              United States District Judge

F:\97029\002\lleb737oth.doc

*[handwritten notation: "10 month extension from ... reasonable"]*