IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---

OLD KENT MORTGAGE CO.

    Plaintiff,

    v.

APPROVED FEDERAL SAVINGS, et al.

    Defendants.

Case No. L01CV0056

---

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT FIRST FINANCIAL TITLE AGENCY OF VIRGINIA, INC. TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT FIRST FINANCIAL'S MOTION TO DISMISS**

Plaintiff Old Kent Mortgage Company and defendant First Financial Title Agency of Virginia, Inc. ("First Financial"), hereby stipulate and agree that the time for First Financial to file its Reply To Plaintiff's Opposition To First Financial's Motion To Dismiss Counts III, V, VI and VII of Plaintiff's Complaint is hereby extended until May 14, 2001.

_____
Mitchell H. Kider, Esq. (No. 25343)
David M. Souders, Esq.
Weiner Brodsky Sidman Kider PC
1300 19th Street, N.W., Fifth Floor
Washington, D.C.  20036
(202) 628-2000

Attorneys for Plaintiff Old Kent Mortgage Company

_____
Laura N. Steel, Esq. (No. 23660)
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
1341 G Street, N.W., Suite 500
Washington, D.C.  20005
(202) 626-7660

Attorneys for First Financial Title Agency of Virginia, Inc.

APPROVED: _____  5/9/01
United States District Court Judge

63327.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2001, I caused to have served a copy of the foregoing Stipulation For An Extension Of Time For Defendant First Financial Title Agency of Virginia, Inc. To File Its Reply To Plaintiff's Opposition To Defendant First Financial's Motion To Dismiss, by regular U. S. mail postage pre-paid to:

>John S. VanderWoude, Esquire
>Kurt C. Schultheis, Esquire
>Eccleston & Wolf, P.C.
>7th Floor – Scarlett Place
>729 East Pratt Street
>Baltimore, MD 21202
>
>Ronald M. Gates, Esquire
>Glen M. Robertson, Esquire
>Payne, Gates, Farthing & Radd, P.C.
>999 Waterside Drive, Suite 1515
>Norfolk, Virginia 23510
>
>Mitchel H. Kider, Esquire
>David M. Souders, Esquire
>Weiner, Brodsky, Sidman & Kider, P.C.
>1300 19th Street, N.W., Suite 500
>Washington, D.C. 20036
>
>Howard Avrum Miliman, Esquire
>D'Alesandro, Miliman & Brown, P.A.
>110 East Lexington Street, Suite 320
>Baltimore, Maryland 21202
>
>Robert L. Ferguson, Jr., Esquire
>Michael N. Russo, Jr., Esquire
>Ferguson, Schetelich & Hefferman, P.A.
>1401 Bank of American Center
>100 South Charles Street
>Baltimore, Maryland 21201
>
>Jeffrey J. Plum, Esquire
>Jeffrey J. Plum, P.A.
>108 North Bond Street
>Bel Air, Maryland 21014

Steven F. Barley, Esquire
Ari S. Casper, Esquire
Hogan & Hartson, LLP
111 South Calvert Street, Suite 1600
Baltimore, MD  21202

Keven M. Murphy, Esquire
Carr Goodson, P.C.
1667 K Street, N.W., Suite 1100
Washington, D.C.  20006

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland  21204

Timothy G. Casey, Esquire
William D. Burk, Esquire
451 Hungerford Drive, Suite 500
Rockville, Maryland  20850

Gary R. Jones, Esquire
Thomas F. Corcoran, Esquire
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street, Suite 2100
Baltimore, Maryland  21202

Kevin Karpinski, Equire
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Suite 1540
Baltimore, Maryland  21202

Christopher Trikeriotis, Esquire
14915 Dunstan Lake
Monkton, Maryland  21111

_____
Laura N. Steel

63327.1