UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -6  P 4: 45

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 3, 2001

MEMORANDUM TO COUNSEL RE:   <u>Old Kent Mortgage Co. v. Approved Federal Savings, et al.</u>
Civ. No. L-01-056

Dear Counsel:

    An in-court hearing has been scheduled for Monday, August 27, 2001 at 10:00 a.m. The purpose of the hearing is to hear oral arguments on the motions to compel arbitration filed by Stewart Title Guaranty Company and First Financial Title Agency.

    Despite the informal nature of this Memorandum, it shall be constituted as an Order of Court and the Clerk is directed to docket it accordingly.

                                            Very truly yours,

                                            Benson Everett Legg

c: Court file

