WEINER BRODSKY SIDMAN KIDER PC

1300 NINETEENTH STREET NW
FIFTH FLOOR
WASHINGTON DC 20036 1609

TEL 202 628 2000
FAX 202 628 2011

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 14  A 11:08

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

August 10, 2001

**BY HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Judge
U.S. District Court for the
 District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

      Re:    <u>Old Kent Mortgage Company v. Approved FSB, et al.</u>, No. L 01-CV-0056

Dear Judge Legg:

      Our firm represents the plaintiff in the above-referenced matter and I am writing in response to your Order of August 3, 2001, setting oral argument on August 27th for the motions of Stewart Title Guaranty Company and First Financial Title Agency to compel arbitration. Specifically, I am writing to request that the Court reschedule the date for the oral argument. I will be out of town that entire week, and Mitch Kider, who is also on this case, is scheduled to be in San Antonio, Texas, on that particular date. Prior to submitting this request, I contacted counsel for Stewart Title and First Financial and informed them that I would be making this request.

      Counsel for Old Kent, Stewart Title and First Financial are available on the following dates: September 5-7; and the week of September 10th.

      We appreciate the Court's consideration of our request. I have attached hereto a proposed order for your consideration resetting the date of the argument. If there is any additional information you would like us to provide, we will be happy to do so.

*Approved: Oral argument Rescheduled to Sept. 13, 2001 at 3pm.*
*B. Legg*
*USDJ*
*8/14/01*

Respectfully submitted,

David M. Souders

Attachment