IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLD KENT MORTGAGE COMPANY,

    Plaintiff,

                                 *

v.                                 * CASE NO: L01 CV0056

APPROVED FEDERAL SAVINGS BANK, et *
al.
                                 *

    Defendants.
                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WITHDRAWAL OF MOTION TO COMPEL AND FOR SANCTIONS BY APPROVED FEDERAL SAVINGS BANK PURSUANT TO FEDERAL RULE 37 AGAINST DEFENDANT GOLDEN GATE APPRAISAL SERVICES, INC.

Defendant Approved Federal Savings Bank, by and through its counsel, John S. Vander Woude, Kurt C. Schultheis and Eccleston and Wolf, P.C. and Ronald M. Gates, Glen M. Robertson and Payne, Gates, Farthing & Radd, P.C., hereby withdraws its Motion for Sanctions against Defendant Golden Gate Appraisal Services, Inc. for failure to respond to discovery which it filed with this Court on August 20, 2001.

                                                        _/s/ John S. Vander Woude /KCS_
                                                        John S. Vander Woude
                                                        Kurt C. Schultheis
                                                         Eccleston & Wolf, P.C.
                                                        7th Floor - Scarlett Place
                                                        729 East Pratt Street
                                                        Baltimore, MD 21202
                                                        (410) 752-7474

                                                        Ronald M. Gates, Esquire
                                                        Virginia State Bar Number: 06821
                                                        Glen M. Robertson, Esquire
                                                        Virginia State Bar Number: 30601
                                                        Payne, Gates, Farthing & Radd, P.C.
                                                        999 Waterside Drive, Suite 1515
                                                        Norfolk, Virginia 23510
                                                        (757) 640-1500

                                                        _Attorneys for Approved Federal Savings Bank_

APPROVED THIS 4TH DAY OF SEPT, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

J:\10198\Motion\wd_sanc.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2001, a copy of the foregoing Withdrawal of Motion to Compel and for Sanctions by Approved Federal Savings Bank Pursuant to Federal Rule 37 Against Defendant Golden Gate Appraisal Services, Inc. was mailed first class, postage prepaid, to:

Mitchell H. Kider, Esquire
David M. Souders, Esquire
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiff Old Kent Mortgage*

Howard Avrum Miliman, Esquire
D'Alesandro, Miliman & Brown, P.A.
110 East Lexington Street, Suite 320
Baltimore, Maryland 21202
*Attorney for BelCamp Investments, LLC*

Robert L. Ferguson, Jr., Esquire
Michael N. Russo, Jr., Esquire
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
*Attorneys for Terrapin Title, LLC*

Jeffrey J. Plum, Esquire
Jeffrey J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014
*Attorney for Camden Services, Inc.*

Laura N. Steel, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
1341 G Street, N.W. Suite 500
Washington, D.C. 20005
*Attorney for First Financial Title Agency of Virginia, Inc.*

Steven F. Barley, Esquire
Ari S. Casper, Esquire
Hogan & Hartson, LLP
111 South Calvert Street, Suite 1600
Baltimore, Maryland, 21202
*Attorneys for Stewart Title Guaranty Company*

Paul F. Newhouse, Esquire
Mercantile Towson Building
409 Washington Avenue, Suite 420
Towson, Maryland 21204
*Attorney for Sovereign Title Company of Maryland, LLC*

Timothy G. Casey, Esquire
William D. Burk, Esquire
451 Hungerford Drive, Suite 500
Rockville, Maryland 20850
*Attorneys for Central Maryland Appraisers, Inc. and JoAnn DiMartino*

Gary R. Jones, Esquire
Thomas F. Corcoran, Esquire
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street, Suite 2100
Baltimore, Maryland 21202
*Attorneys for Tidewater Realty Advisors, Inc.*

Irwin E. Weiss, Esquire
Attorney at Law
920 Providence Road, Suite 307
Baltimore, Maryland 21286
*Attorney for Golden Gate Appraisal Services, Inc.*

Kevin Karpinski, Esquire
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Suite 1540
Baltimore, Maryland 21202
*Attorney for David A. Katz Appraisals*

Kevin M. Murphy, Esquire
Carr Goodson, P.C.
1667 K Street, N.W., Suite 1100
Washington, D.C. 20006
*Attorney for Greenspring Title Company, Inc*

Universal Lending, Inc.
c/o Mr. Jack Kowitz
3410 Manor Hill Road
Baltimore, Maryland 21208

_____
John S. Vander Woude