IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLD KENT MORTGAGE CO.

v.      CIVIL NO. L-01-56

APPROVED FEDERAL SAVINGS
BANK, ET AL.

ORDER

On Thursday, September 13, 2001, this Court held a hearing on the motions filed by defendants, Stewart Title Guaranty, First Financial Title Agency of Virginia, Inc., and Terrapin Title, LLC, to compel arbitration. This Court hereby rules as follows:

(i) all cross-claims against any existing party shall be filed by October 15, 2001;

(ii) the Defendants' Motions to Compel Arbitration on Counts III, IV, VI, VII, VIII, and IX are hereby DENIED without prejudice to being refiled after the close of discovery and after the Court has ruled on the motion for summary judgment to be filed by defendants, Stewart Title, Terrapin Title, and First Financial, on or about June 28, 2002;

(iii) the Defendants' Motions to Compel Arbitration on Counts X and XI are hereby GRANTED;

(iv) Stewart Title, Terrapin Title, and First Financial will continue to participate in discovery, but are not required to attend depositions, other than their own.

(v) participation by Stewart Title, Terrapin Title, and First Financial in this litigation (including filing pleadings, participating in discovery, and filing motions) shall

not be deemed a waiver of their right to seek arbitration or their objections to the Court's declination to order arbitration at this time.

(vi)  discovery will proceed in accordance with the Scheduling Order, dated April 27, 2001;

(vii) no parties other than Stewart Title, Terrapin Title, and First Financial make seek arbitration, all other parties have waived the right to arbitration.

IT IS SO ORDERED this /s/ day of September 2001.

_____
Benson Everett Legg
United States District Judge