IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
2001 OCT 30 P 12: 41
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY | * |
| Plaintiffs | * |
| v. | * CIVIL ACTION NO: L 01 CV 0056 |
| APPROVED FEDERAL SAVINGS BANK, et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL

Please withdraw the appearance of Kurt C. Schultheis and enter the appearance of R. Scott Krause as counsel of record in the above-captioned matter for the Defendant Approved Federal Savings Bank. John S. Vander Woude remains as counsel of record for this Defendant.

_____
John S. Vander Woude, Esquire
Kurt C. Schultheis, Esquire
ECCLESTON & WOLF, P.C.
7th Floor, Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

Ronald M. Gates, Esquire
Glen M. Robertson, Esquire
PAYNE, GATES, FARTHING & RADD, P.C.
999 Waterside Drive, Suite 1515
Norfolk, Virginia 23510
(757) 640-1500

*Counsel for Defendant Approved Federal Savings Bank*



Approved
October 27, 2001
[signature]



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2001, a copy of the foregoing Notice of Withdrawal and Entry of Appearance of Counsel, was sent via first class, postage prepaid, to:

Mitchell H. Kider, Esquire
David M. Souders, Esquire
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiff Old Kent Mortgage*

Howard Avrum Miliman, Esquire
D'Alesandro, Miliman & Brown, P.A.
110 East Lexington Street, Suite 320
Baltimore, Maryland 21202
*Attorney for BelCamp Investments, LLC*

Robert L. Ferguson, Jr., Esquire
Michael N. Russo, Jr., Esquire
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
*Attorneys for Terrapin Title, LLC*

Jeffrey J. Plum, Esquire
Jeffrey J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014
*Attorney for Camden Services, Inc.*

Laura N. Steel, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
1341 G Street, N.W. Suite 500
Washington, D.C. 20005
*Attorney for First Financial Title Agency of Virginia, Inc.*

Steven F. Barley, Esquire
Ari S. Casper, Esquire
Hogan & Hartson, LLP
111 South Calvert Street, Suite 1600
Baltimore, Maryland, 21202
*Attorneys for Stewart Title Guaranty Company*

Paul F. Newhouse, Esquire
Mercantile Towson Building
409 Washington Avenue, Suite 420
Towson, Maryland 21204
*Attorney for Sovereign Title Company of Maryland, LLC*

Timothy G. Casey, Esquire
William D. Burk, Esquire
451 Hungerford Drive, Suite 500
Rockville, Maryland 20850
*Attorneys for Central Maryland Appraisers, Inc. and JoAnn DiMartino*

Gary R. Jones, Esquire
Thomas F. Corcoran, Esquire
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street, Suite 2100
Baltimore, Maryland 21202
*Attorneys for Tidewater Realty Advisors, Inc.*

Irwin E. Weiss, Esquire
Attorney at Law
920 Providence Road, Suite 307
Baltimore, Maryland 21286
*Attorney for Golden Gate Appraisal Services, Inc.*

Kevin Karpinski, Esquire
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Suite 1540
Baltimore, Maryland 21202
*Attorney for David A. Katz Appraisals*

Kevin M. Murphy, Esquire
Carr Goodson, P.C.
1667 K Street, N.W., Suite 1100
Washington, D.C. 20006
*Attorney for Greenspring Title Company, Inc*

Universal Lending, Inc.
c/o Mr. Jack Kowitz
3410 Manor Hill Road
Baltimore, Maryland 21208

/s/ John S. Vander Woude
John S. Vander Woude