FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLD KENT MORTGAGE COMPANY, 2001 DEC 20 P 2: 49

        Plaintiff,

      v.                 L01CV0056

APPROVED FEDERAL SAVINGS
BANK, et al.,

        Defendants.

## PRAECIPE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The Clerk of the United States District Court for the District of Maryland shall note the

withdrawal of counsel William B. Schroeder, Esquire for defendant Greenspring Title Company,

Inc. William E. Buchanan, Esquire, Carr Goodson, P.C., 1667 K Street, N.W., Suite 1100,

Washington, D.C. 20006-1605, is replacing William B. Schroeder, Esquire. Kevin M. Murphy,

Esquire, remains as an attorney of record in the case.

Respectfully submitted,

CARR GOODSON P.C.

By: _William B. Schroeder_         _____

William B. Schroeder, Esq. #13364    William E. Buchanan, Esq. #
1667 K Street, N.W.                   1667 K Street, N.W.
Suite 1100                         Suite 1100
Washington, D.C.  20006           Washington, D.C. 20006
(202) 310-5500                   (202) 310-5500
(202) 310-5555 fax               (202) 310-5555 fax

MOTION " _Granted 20 th_ " this ___ day
of _December_ 20_01_.

_Benson Legg_

BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was mailed, postage pre-paid, on this **26**ᵗʰ day of November, 2001, to:

Mitchel H. Kider, Esquire
Weiner, Brosky Sidman Kider, P.C.
1300 19th Street, N.W.
5th Floor
Washington, DC 20036
Counsel for Old Kent Mortgage Company

Gary R. Jones, Esquire
Thomas F. Corcoran, Esquire
Baxter, Baker, Sidle, Cohn & Jones
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202-1643
Counsel for Tidewater Realty Advisors, Inc.

John S. Vander Woude, Esquire
Kurt C. Schultheis, Esquire
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202
Counsel for Approved Federal Savings Bank

Paul F. Newhouse, Esquire
409 Washington Avenue
Suite 420
Towson, Maryland 21204
Counsel for Sovereign Title Company of Maryland, LLC

Howard Avrum Miliman, Esquire
D'Alesandro, Miliman & Brown, P.A.
110 East Lexington Street, Suite 320
Baltimore, Maryland 21202
Counsel for BelCorp Investments, LLC

FILED _____ ENTERED
_____ RECEIVED
LODGED _____

NOV 3 0 2001

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Robert L. Ferguson, Jr., Esquire
Michael N. Russo, Jr., Esquire
Ferguson, Schetelich & Hefferman, P.A.
1401 Bank of American Center
100 South Charles Street
Baltimore, Maryland 21201

Jeffrey J. Plum, Esquire
Jeffrey J. Plum, P.A.
108 North Bond Street
Bel Air, Maryland 21014

Steven F. Barley, Esquire
Ari S. Casper, Esquire
Hogan & Hartson, LLP
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202

Timothy G. Casey, Esquire
William D. Burk, Esquire
451 Hungerford Drive, Suite 500
Rockville, Maryland 20850

Kevin Karpinski, Esquire
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Suite 1540
Baltimore, Maryland 21202

Christopher Trikeriotis, Esquire
14915 Dunstan Lake
Monkton, Maryland 21111

Paul D. Krause, Esquire
Laura N. Steel, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, N.W.
Suite 500
Washington, DC 20005

Ronald M. Gates, Esquire
Glen M. Robertson, Esquire
Payne, Gates, Farthing & Radd
Dominion Tower, Suite 1515
999 Waterside Drive
Norfolk, VA 23510


William B. Schroeder