IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OLD KENT MORTGAGE COMPANY** : | |
| : | |
| v. : | CIVIL NO. L-01-056 |
| : | |
| **APPROVED FEDERAL SAVINGS** : | |
| **BANK, et al.** : | |

## ORDER

On December 18, 2001, the Court held a hearing regarding the status of this case and discovery issues. For the reasons stated at the hearing, the Court hereby rules as follows:

(i)   Old Kent's deposition notices are due by January 15, 2002. The defending lawyer in each deposition will respond to the notices by providing Old Kent with two potential deposition dates between February 1st and March 15th;

(ii)  the Court has deemed Old Kent to have made a motion to compel Approved Federal to produce the operating and policy manuals of its Baltimore office. Approved Federal has responded that, while such manuals may have existed at one time, they currently can not be found;

(iii) Approved Federal stated its intention to provide supplemental materials concerning Old Kent's request for documents regarding contracts with Universal. Accordingly, Old Kent's motion to compel such production is DENIED as moot;

(iv)  Approved Federal shall inform Old Kent of any lawsuits arising out of the transactions of its Baltimore office containing similar allegations to the present suit;

(v)   the depositions of the three witnesses residing in Ohio will take place in Ohio on February 6th, 7th, and 8th;

(vi)  Old Kent will disclose its expert(s) by March 15, 2002. Approved Federal shall depose Old Kent's expert by April 15th. Approved Federal's counter-designation of its expert(s) is due by April 23rd. Old Kent will depose Approved Federal's expert by May 13th;



(vii) Old Kent shall provide Approved Federal with three potential dates for the deposition of Ms. Foley;

(viii) Approved Federal's request for a supplement response regarding interrogatory questions 9 and 17 is DENIED;

(ix) Terrapin shall submit a written request for any signed statements it wishes Old Kent to produce. Old Kent may oppose the request.

The Court will convene a telephone conference on January 10, 2002 at 9:00 a.m. to resolve the following issues:

(i) Old Kent's request for documents concerning loans made by Approved Federal in Baltimore from 1998 until the present day;

(ii) Approved Federal's request for documents concerning loans made by Old Kent in the Baltimore area with a value of $30,000-$70,000 and loans made by Old Kent in association with Approved Federal.

The hearing was transcribed by Court Reporter Mary Zajac. Any party wishing to request a transcript may contact Ms. Zajac at (410)-215-9609.

It is so ORDERED this 21st day of December, 2001.

Benson Everett Legg
United States District Judge