UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2002 JAN 22 A 11: 32
CLERK'S OFFICE AT BALTIMORE
BY ______ DEPUTY

OLD KENT MORTGAGE COMPANY,

Plaintiff,

v.

APPROVED FEDERAL SAVINGS BANK, ET AL.,

Defendants.

Civil Action No. L01-CV-0056

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT STEWART TITLE GUARANTY COMPANY TO FILE ITS OPPOSITION TO OLD KENT MORTGAGE COMPANY'S MOTION TO COMPEL DISCOVERY**

Plaintiff, Old Kent Mortgage Company ("Old Kent") and defendant, Stewart Title Guaranty Company ("Stewart Title"), hereby stipulate and agree that the time for Stewart Title to file its Opposition to Old Kent's Motion to Compel Discovery is hereby extended until January 18, 2002.

Approved
January 20, 2002
Benson Legg
USDJ

Respectfully submitted,

[signature]

Steven F. Barley (No. 10049)
Ari S. Casper (No. 14512)
Hogan & Hartson L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202-6191
(410) 659-2700

Attorneys for Defendant
Stewart Title Guaranty Company

(87)

\\\BA - 83296/3 - #127451 v1


David Souders /SFS

Mitchell H. Kider (No. 25343)
David M. Souders
Leah Schmulewitz Getlan
Weiner Brodsky Sidman Kider P.C.
1300 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 628-2000

Attorneys for Plaintiff
Old Kent Mortgage Company

APPROVED: ______________________________
Benson Everett Legg
United States District Court Judge

\\\BA - 83296/3 - #127451 v1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of January, 2002, that a copy of the foregoing Stipulation for an Extension of Time for Defendant Stewart Title Guaranty Company to file its Opposition to Old Kent Mortgage Company's Motion to Compel Discovery was mailed postage prepaid to:

John S. Vander Woude, Esq.
Kurt C. Schultheis, Esq.
Eccleston and Wolf
729 East Pratt Street
Suite on 7th Floor – Scarlett Place
Baltimore, Maryland 21202

Ronald M. Gates, Esq.
Glen M. Robertson, Esq.
Payne, Gates, Farthing & Radd, P.C.
999 Waterside Drive, Suite 1515
Norfolk, Virginia 23510

Attorneys for Approved Federal Savings Bank

Universal Lending, Inc.
c/o Mr. Jack Kowitz
3410 Manor Hill Road
Baltimore, MD 21208

Jeffrey J. Plum, Esq.
Jeffrey J. Plum, P.A.
108 North Bond Street
Bel Air, MD 21014

Attorney for Camden Services, Inc.

Kevin M. Murphy, Esq.
William E. Buchanan, Esq.
Carr Goodson, P.C.
1667 K Street, N.W.
Suite 1100
Washington, D.C. 20006

Attorneys for Greenspring Title Company, Inc.

Paul F. Newhouse, Esq.
Mercantile Towson Building
409 Washington Avenue
Suite 420
Towson, MD 21204

Attorneys for Sovereign Title Company of Maryland, LLC

Howard Avrum Miliman, Esq.
D'Alesandro, Miliman & Brown, P.A.
110 East Lexington Street
Suite 320
Baltimore, MD 21202

Attorneys for Belcamp Investments, LLC

Robert L. Ferguson, Jr., Esq.
Michael N. Russo, Jr., Esq.
Ann D. Ware, Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 S. Charles Street
Baltimore, MD 21201

Attorneys for Terrapin Title, LLC

Kevin Karpinski, Esq.
Allen, Karpinski, Bryant & Karp, P.A.
100 East Pratt Street
Suite 1540
Baltimore, MD 21202

Attorneys for David A. Katz Appraisals, Inc.

David Seltzer, Esq.
Laura N. Steel, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
5th Floor
Washington, D.C. 20005

Attorneys for First Financial Title Agency of Virginia, Inc.

Timothy G. Casey, Esq.
William D. Burk, Esq.
451 Hungerford Drive
Suite 500
Rockville, MD 20850

Attorneys for Central Maryland Appraisers, Inc. and JoAnn DiMartino

Niccolo N. Donzella, Esq.
Thomas F. Corcoran, Esq.
Baxter, Baker, Sidle, Coon & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, MD 21202-1643

Attorneys for Tidewater Realty Advisors, Inc.

Irwin Weiss, Esq.
920 Providence Road
Suite 307
Baltimore, MD 21286

Attorneys for Golden Gate Appraisal Services, Inc.

Steven F. Barley

\\\BA - 83296/3 - #127451 v1