UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L01-CV-0056 |
| ) | |
| APPROVED FEDERAL SAVINGS ) | |
| BANK, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT
STEWART TITLE GUARANTY COMPANY TO FILE ITS OPPOSITION TO
OLD KENT MORTGAGE COMPANY'S MOTION TO COMPEL DISCOVERY**

Plaintiff, Old Kent Mortgage Company ("Old Kent") and defendant, Stewart Title Guaranty Company ("Stewart Title"), hereby stipulate and agree that the time for Stewart Title to file its Opposition to Old Kent's Motion to Compel Discovery is hereby extended until February 8, 2002. The parties are in the process of exchanging documents and believe that they can resolve this discovery dispute on or before that time.



\\\BA - 83296/3 - #128697 v1

Respectfully submitted,

_____
Steven F. Barley (No. 10049)
Ari S. Casper (No. 14512)
Hogan & Hartson L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202-6191
(410) 659-2700

Attorneys for Defendant
Stewart Title Guaranty Company

_____
Mitchell H. Kider (No. 25343)
David M. Souders
Leah Schmulewitz Getlan
Weiner Brodsky Sidman Kider P.C.
1300 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 628-2000

Attorneys for Plaintiff
Old Kent Mortgage Company


APPROVED:  _____ 1/25/02
Benson Everett Legg
United States District Court Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of January, 2002, that a copy of the foregoing Stipulation for an Extension of Time for Defendant Stewart Title Guaranty Company to file its Opposition to Old Kent Mortgage Company's Motion to Compel Discovery was mailed postage prepaid to:

John S. Vander Woude, Esq.
Kurt C. Schultheis, Esq.
Eccleston and Wolf
729 East Pratt Street
Suite on 7th Floor – Scarlett Place
Baltimore, Maryland 21202

Jeffrey J. Plum, Esq.
Jeffrey J. Plum, P.A.
108 North Bond Street
Bel Air, MD 21014

Attorney for Camden Services, Inc.

Ronald M. Gates, Esq.
Glen M. Robertson, Esq.
Payne, Gates, Farthing & Radd, P.C.
999 Waterside Drive, Suite 1515
Norfolk, Virginia 23510

Attorneys for Approved Federal Savings Bank

Kevin M. Murphy, Esq.
William E. Buchanan, Esq.
Carr Goodson, P.C.
1667 K Street, N.W.
Suite 1100
Washington, D.C. 20006

Attorneys for Greenspring Title Company, Inc.

Universal Lending, Inc.
c/o Mr. Jack Kowitz
3410 Manor Hill Road
Baltimore, MD 21208

Paul F. Newhouse, Esq.
Mercantile Towson Building
409 Washington Avenue
Suite 420
Towson, MD 21204

Attorneys for Sovereign Title Company of Maryland, LLC

\\\BA - 83296/3 - #128697 v1

Howard Avrum Miliman, Esq.
D'Alesandro, Miliman & Brown, P.A.
110 East Lexington Street
Suite 320
Baltimore, MD 21202

Attorneys for Belcamp
Investments, LLC

Robert L. Ferguson, Jr., Esq.
Michael N. Russo, Jr., Esq.
Ann D. Ware, Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 S. Charles Street
Baltimore, MD 21201

Attorneys for Terrapin Title, LLC

Kevin Karpinski, Esq.
Allen, Karpinski, Bryant & Karp, P.A.
100 East Pratt Street
Suite 1540
Baltimore, MD 21202

Attorneys for David A. Katz
Appraisals, Inc.

David Seltzer, Esq.
Laura N. Steel, Esq.
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
1341 G Street, N.W.
5th Floor
Washington, D.C. 20005

Attorneys for First Financial
Title Agency of Virginia, Inc.

Timothy G. Casey, Esq.
William D. Burk, Esq.
451 Hungerford Drive
Suite 500
Rockville, MD 20850

Attorneys for Central Maryland
Appraisers, Inc. and JoAnn DiMartino

Niccolo N. Donzella, Esq.
Thomas F. Corcoran, Esq.
Baxter, Baker, Sidle, Coon & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, MD 21202-1643

Attorneys for Tidewater Realty
Advisors, Inc.

Irwin Weiss, Esq.
920 Providence Road
Suite 307
Baltimore, MD 21286

Attorneys for Golden Gate
Appraisal Services, Inc.

_____
Steven F. Barley