IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

OLD KENT MORTGAGE COMPANY,      )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No.: L01-CV 0056
                                )
APPROVED FEDERAL SAVINGS BANK,  )
    et al.,                     )
                                )
    Defendants.                 )

### NOTICE TO STRIKE APPEARANCE

Dear Madame Clerk:

Please withdraw the appearance of Thomas F. Corcoran (Fed. Bar No. 024894), as counsel for Defendant, Tidewater Realty Advisors, Inc. in the above-captioned matter. Niccolò N. Donzella (Fed. Bar No. 424054) and Baxter, Baker, Sidle, Conn & Jones, P.A. will remain as counsel for the Defendant.

*[signature]*
Thomas F. Corcoran (Bar No. 024894)
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202

*[signature]*
Niccolò N. Donzella (Federal Bar No. 424054)
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202

Attorney for Defendant,
Tidewater Realty Advisors, Inc.

APPROVED THIS 13TH DAY OF March, 2002
*[signature]*
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of March, 2002, copies of the Notice to Strike Appearance were mailed, postage prepaid, to:

Mitchel H. Kider, Esquire
David M. Souders, Esquire
WEINER, BRODSKY, SIDMAN, KIDER, P.C.
1300 19th Street, N.W., Suite 500
Washington, DC 20036
    Attorneys for Plaintiff

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
ECCLESTON & WOLF, P.C.
7th Floor, Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202
    Attorneys for Approved Federal Savings Bank

Ron Gates, Esquire
Glen Robertson, Esquire
PAYNE, GATES, FARTHING & RADD
Dominion Tower, Suite 1515
999 Waterside Drive
Norfolk, Virginia 23510
    Attorneys for Approved Federal Savings Bank

Howard A. Miliman, Esquire
D'ALESANDRO, MILIMAN & BROWN, P.A.
110 East Lexington Street, Suite 320
Baltimore, Maryland 21202
    Attorney for Belcamp Investments, LLC

Robert L. Ferguson, Jr., Esquire
Michael N. Russo, Jr., Esquire
Ann D. Ware, Esquire
FERGUSON, SCHETELICH & HEFFERNAN, P.A.
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201
    Attorneys for Terrapin Title, LLC

Jeffry Plum, Esquire
108 North Bond Street
Bel Air, Maryland 21014
    Attorney for Camden Services, Inc.

Paul D. Krause, Esquire
Laura N. Steel, Esquire
David A. Seltzer, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
1341 G Street, N.W., Suite 500
Washington, DC 20005
    Attorneys for First Financial Title Agency of Virginia, Inc.

Steven F. Barley, Esquire
Ari s. Casper, Esquire
HOGAN & HARTSON, LLP
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202
    Attorneys for Stewart Title Guaranty Company

Kevin M. Murphy, Esquire
William E. Buchanan, Esquire
CARR MALONEY P.C.
1667 K Street, N.W., Suite 1100
Washington, DC 20006
    Attorney for Greenspring Title Company, Inc.

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204
    Attorney for Sovereign Title, LLC

Timothy G. Casey, Esquire
William D. Burk, Esquire
451 Hungerford Drive, Suite 505
Rockville, Maryland 20850
    Attorneys for Joann C. DiMartino

Kevin Karpinski, Esquire
ALLEN, KARPINSKI, BRYANT & KARP
100 East Pratt Street, Suite 1540
Baltimore, Maryland 21202
    Attorneys for David A. Katz Appraisals, Inc.

Irwin E. Weiss, Esquire
920 Providence Road, Suite 307
Baltimore, Maryland 21286
    Attorney for Golden Gate Appraisal Services, Inc.

_____
Thomas F. Corcoran (Bar No. 024894)