UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

OLD KENT MORTGAGE COMPANY,      :
                                :
    Plaintiff,                  :
                                :
v.                              :   Case No.: L01CV0056
                                :
APPROVED FEDERAL SAVINGS BANK,  :
et al.                          :
                                :
    Defendants.                 :

## ORDER OF DISMISSAL OF GREENSPRING TITLE COMPANY

Upon consideration of the Consent Motion for Voluntary Dismissal of Claims by Old Kent Mortgage Company Against Greenspring Title Company, it is by this Court, this 28TH day of March, 2002, hereby

ORDERED that all claims by Old Kent Mortgage Company against Greenspring Title Company, Inc., are hereby dismissed with prejudice.

_____
The Honorable Benson E. Legg
United States District Court

cc:    All Counsel of Record