IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. L01-CV-0056 |
| | ) |
| APPROVED FEDERAL SAVINGS BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL OF GOLDEN GATE APPRAISAL SERVICES, INC.

Upon consideration of Old Kent Mortgage Company's Consent Motion for Voluntary

Dismissal of Claims Against Golden Gate Appraisals Services, Inc., it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Golden Gate Appraisals

Services, Inc. in the above captioned matter be and hereby are dismissed with prejudice.

Dated: 5/5 , 2002



The Honorable Benson E. Legg
United States District Court



MAY - 8 2002