# Baxter, Baker, Sidle, Conn & Jones, P.A.
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 10 P 2: 26

CLERKS OFFICE
AT BALTIMORE

_____DEPUTY

Niccolò N. Donzella
Direct Line (410) 230-3802
e-mail: ndonzella@bbsclaw.com

Telephone (410) 230-3800
Facsimile (410) 230-3801

June 4, 2002

VIA MESSENGER DELIVERY
The Honorable Benson Everett Legg
United States District Court for the District of Maryland
Northern Division
101 West Lombard Street
Suite 4415
Baltimore, Maryland 21201

RE:    Old Kent Mortgage Company  v.  Approved Federal Savings Bank, et al.
       Civil Action N. L-01-56
       **Status Report of Defendant Tidewater Realty Advisors, Inc.**

Dear Judge Legg:

    In accord with the Court's April 27, 2001 Amended Scheduling Order, I am writing on behalf of Defendant Tidewater Realty Advisors, Inc. ("Tidewater") to present its status report.

    As a threshold matter, I apologize for the tardiness of this report, which was due on May 31, 2002.  Due to personal illness, I was out of work for a number of days during the last two weeks and, thus, missed the deadline.  I respectfully request that the Court grant me leave to file this report after the deadline.

    With respect to status, Tidewater has completed its discovery, has no motions pending or planned, and is in settlement discussions with plaintiff.

                                        Very truly yours,

                                        Niccolò N. Donzella

cc:    All Counsel of Record

APPROVED THIS ___9TH___ DAY OF ___June, 2002___

_____
BENSON EVERETT LEGG, U.S.D.J.