IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| OLD KENT MORTGAGE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. L01-CV-0056 |
| | ) | |
| APPROVED FEDERAL SAVINGS BANK, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

Upon consideration of Old Kent Mortgage Company's Consent Motion for Voluntary Dismissal of Claims Against Camden Services, Inc. ("Camden"), Terrapin Title, LLC ("Terrapin"), Stewart Title Guaranty Company ("Stewart"), Central Maryland Appraisers, Inc. ("Central Maryland"), and JoAnn DiMartino it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Camden, Terrapin, Stewart, Central Maryland, and JoAnn DiMartino in the above captioned matter be and hereby are dismissed with prejudice and each party to bear its own attorneys' fees, costs, and other expenses.

Dated: July 30, 2002

_____
The Honorable Benson E. Legg
United States District Court

F:\97029\002\Camden.etc.dismissal.doc