FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION) 2002 AUG -2 P 3: 01

|  |  |  |
|---|---|---|
| OLD KENT MORTGAGE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. L01-CV-0056 |
| | ) | |
| APPROVED FEDERAL SAVINGS BANK, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL OF APPROVED FEDERAL SAVINGS BANK

Upon consideration of Old Kent Mortgage Company's Consent Motion for Voluntary

Dismissal of Claims against Approved Federal Savings Bank, it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Approved Federal

Savings Bank in the above captioned matter be and hereby are dismissed with prejudice and each

party to bear its own attorneys' fees, costs, and other expenses.

Dated: _August 2_, 2002

_____
The Honorable Benson E. Legg
United States District Court

F:\97029\002\approved.dismissal.doc