IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. L01-CV-0056 |
| APPROVED FEDERAL SAVINGS BANK, et al., | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

Upon consideration of Old Kent Mortgage Company's Consent Motion for Voluntary Dismissal of Claims against Tidewater Realty Advisors, Inc., and David A. Katz Appraisals, Inc. it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Tidewater Realty Advisors, Inc. and David A. Katz Appraisals, Inc. in the above captioned matter be and hereby are dismissed with prejudice and each party to bear its own attorneys' fees, costs, and other expenses.

Dated: 9/12, 2002

The Honorable Benson E. Legg
United States District Court

3

F:\97029\002\tidewater.dismissal.doc