IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. L01-CV-0056 |
| APPROVED FEDERAL SAVINGS BANK, et al., | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL OF BELCAMP INVESTMENTS, LLC

This matter is before the Court upon the Consent Motion for Voluntary Dismissal filed by the plaintiff, Old Kent Mortgage Company, and Belcamp Investments, LLC ("Belcamp"), the sole remaining defendant. Upon consideration of Old Kent Mortgage Company's Consent Motion for Voluntary Dismissal of Claims against Belcamp Investments, LLC, it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Belcamp Investments, LLC in the above captioned matter be and hereby are dismissed without prejudice.

Entry of this Order dismissing the sole remaining defendant in this action concludes this case. Accordingly, it is further

ORDERED that this case is closed.

Dated: Dec. 3, 2002

Benson E. Legg
The Honorable Benson E. Legg
United States District Court

F:\97029\002\belcamp.dismissal.doc