IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| OLD KENT MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. L01-CV-0056 |
| ) | |
| APPROVED FEDERAL SAVINGS BANK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL OF UNIVERSAL LENDING GROUP, INC.**

This matter is before the Court upon the Motion for Voluntary Dismissal filed by the plaintiff, Old Kent Mortgage Company. Upon consideration of Old Kent Mortgage Company's Motion for Voluntary Dismissal of Claims against Universal Lending Group, Inc., it is hereby

ORDERED that all claims by Old Kent Mortgage Company against Universal Lending Group, Inc. in the above captioned matter be and hereby are dismissed without prejudice.

Entry of this Order dismissing Universal Lending Group, Inc., the last remaining named defendant in this action, concludes this case. Accordingly, it is further

ORDERED that this case is closed.

Dated: Dec. 10TH, 2002

The Honorable Benson E. Legg
United States District Court

F:\97029\002\universal.dismissal.doc